UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

TRAVIS REED,

        Plaintiff,

vs.

ALLSTATE INSURANCE COMPANY,

        Defendant.

2:15-cv-01759-GMN-VCF

**ORDER**

        Before the court is Defendant Allstate Insurance Company's Motion for Extension of Time to Respond to Plaintiff's Complaint (#7).

        IT IS HEREBY ORDERED that an in chambers' telephonic hearing on Defendant Allstate Insurance Company's Motion for Extension of Time to Respond to Plaintiff's Complaint (#7) is scheduled for 11:00 a.m., September 24, 2015.

        The parties are instructed to call telephone number: (702) 868-4911, access code: 123456, five minutes prior to the hearing time. The court will join the call and convene the proceedings. The call must be made on a land line. The use of a cell phone or speaker phone during the proceedings is prohibited.

        DATED this 22nd day of September, 2015.

_____

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE