# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*\*\*

TRAVIS REED,

        Plaintiff,

vs.

ALLSTATE INSURANCE COMPANY,

        Defendants.

2:15-cv-01759-GMN-VCF

**ORDER**

        On September 22, 2015, the court set a hearing on Defendant's Motion for Extension of Time to Respond to Plaintiff's Complaint (#7).  On September 23, 2015, Defendant filed an Amended and Agreed Motion for Extension of time to Respond to Plaintiff's Complaint (#9), stating that the parties have consented to Allstate's request for an additional 45 days or until November 5, 2015, to respond to Plaintiff's Complaint.  The parties have also agreed to meet and confer regarding Plaintiff's claims during the requested extension.

        Accordingly,

        IT IS HEREBY ORDERED that the hearing scheduled for September 24, 2015 is VACATED.

        IT IS FURTHER ORDERED that Defendant's Amended and Agreed Motion for Extension of time to Respond to Plaintiff's Complaint (#9) is GRANTED.  Defendant has until November 5, 2015 to respond to the complaint.

        DATED this 24th day of September, 2015.

        _____
        CAM FERENBACH
        UNITED STATES MAGISTRATE JUDGE